```
1  COOLEY LLP
   MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
2  MATTHEW D. BROWN (196972) (brownmd@cooley.com)
   101 California Street, 5th Floor
3  San Francisco, CA  94111-5800
   Telephone:    (415) 693-2000
4  Facsimile:    (415) 693-2222

5  Attorneys for Defendant MEDIALETS, INC.
```

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DANIEL RODIMER, ARFAT ADIL, EMILI CLAR, JEROD COUCH, BARBARA DAVIS, MATT HINES, DIEGO LOPEZ, AARON MULVEY, ANNA M. RUSTON, GENA TERRY, individuals, on Behalf of Themselves and Others Similarly Situated,, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE, INC., a California Corporation; FLURRY, INC., a Delaware Corporation; MEDIALETS, INC., a Delaware Corporation; PINCH MEDIA, INC., a Delaware Corporation; QUATTRO WIRELESS, INC., a Delaware Corporation; IAC/INTERACTIVECORP, a Delaware Corporation; GROUPON, INC., a Delaware Corporation, NPR, a Washington, DC, Corporation; NEW YORK TIMES CO., a Delaware Corporation; PANDORA MEDIA, INC., a Delaware Corporation; WEBMD HEALTH SERVICES GROUP, INC., a Delaware Corporation; YELP!, INC., a Delaware Corporation; and Doe Corporations 1-100 inclusive <br><br> Defendant. | Case No. 11-cv-0700 PSG <br><br> **STIPULATION TO EXTEND TIME FOR DEFENDANT MEDIALETS, INC. TO RESPOND TO COMPLAINT** |

Pursuant to Northern District of California Civil Local Rule 6-1, Defendant Medialets, Inc. and Plaintiffs Daniel Rodimer, Arfat Adil, Emili Clar, Jerod Couch, Barbara Davis, Matt Hines, Diego Lopez, Aaron Mulvey, Anna M. Ruston, and Gena Terry hereby stipulate to extend the time that Medialets has to answer, move, or otherwise respond to the Complaint until and including April 11, 2011.  This extension will not alter the date of any event or any deadline already fixed by Court order.

Dated: March 4, 2011                             COOLEY LLP

/s/ Matthew D. Brown
MATTHEW D. BROWN
Attorneys for Defendant Medialets, Inc.

Dated: March 4, 2011                             AUDET & PARTNERS, LLP

/s/ William M. Audet
WILLIAM M. AUDET
Attorneys for Plaintiffs

### **FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X (B) regarding signatures, I, Matthew D. Brown, attest that concurrence in the filing of this document has been obtained.

Dated: March 4, 2011

/s/ Matthew D. Brown
MATTHEW D. BROWN